UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ALEXCIA PATTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 15 C 10277 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Daniel G. Martin |
| CITY OF CHICAGO, | ) | |
| JOHN D. SANDOVAL, JOSE L. DURAN, | ) | |
| SHAWN P. ALONZO, | ) | |
| MARCOS BOCANEGRA, | ) | |
| DANIEL C. HONDA, MIGUEL A. ROMERO, | ) | |
| DAVID LOPEZ, TODD M. OLSEN, | ) | |
| LUIS A. LOAIZA, GERMAN J. VAZQUEZ, | ) | |
| ANGELO MANDILE, | ) | |
| ANGELO C. VELAZQUEZ, | ) | |
| ANGELO P. RAMUNDO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Alexcia Patton, by and through her attorneys at Jackowiak Law Offices, and by stipulation of all parties, hereby dismisses all claims against all Defendants without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| Respectfully submitted, | Stipulated by, |
|---|---|
| /s/ Amanda S. Yarusso | /s/ Brendan Moore |
| *Counsel for the Plaintiff* | *Counsel for the Defendants* |
| Jackowiak Law Offices | City of Chicago, Federal Civil Rights Division |
| 111 West Washington Street, Suite 1500 | 30 N LaSalle Street, Suite 900 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-9602 |